**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.  Docket No. 3:07mj29/MD

RICHARD T. HAMMOND

---

### ORDER CONTINUING SUPERVISION

On January 29, 2008, the defendant appeared before Magistrate Judge Miles Davis for a Violation of Probation Hearing. After receiving testimony, and the defendant's admission of guilt on all violations, the Court adjudicated the defendant guilty in violation of probation. The Court orders the defendant be continued on supervision until it expires, with the following additional condition:

The offender is remanded to the custody of the Bureau of Prisons for a period of ten (10) days, and shall receive credit for time already served since he was remanded into custody on January 25, 2008.

The defendant shall complete all the previously set conditions.

DONE AND ORDERED at Pensacola, Florida this 30th day of January, 2008.



Miles Davis
U.S. Magistrate Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 JAN 30 PM 1: 34

FILED